ROWLAND HAZARD vs. CHARLES H. PRIDAY.

PROVIDENCE—JANUARY 10, 1900.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

(1)  *Testimony. Fees of Magistrates.*

Where the testimony of a party to a cause in equity has been taken before a magistrate who has returned the same to be opened upon condition of the payment of his fees within a time limited by the court, in the event of the non-payment of the fees the case will be considered without reference to such testimony.

BILL IN EQUITY.  The question of practice involved is stated in the opinion.

(1)  PER CURIAM.  This case was submitted to us for decision on December 8, 1899.  On looking into the papers we found that no order for the publication of the testimony taken on behalf of the respondent had been made, nor had the testimony been opened, the fees of the magistrate for taking it not having been paid, as required by the magistrate as a condition of the opening of the testimony.

As the respondent has not paid these fees within the time limited by the court, we have considered the case without reference to the testimony taken in his behalf.

We think the plaintiff makes a case for relief by injunction.

*Edwards & Angell*, for complainant.
*Joseph Osfield, Jr.*, for respondent.